UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CYNTHIA MATTHEWS HAMAD,**
o/b/o N.H.

      **Plaintiff,**

V.                                                  Case No:  8:11-cv-1189-SPC

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

## ORDER

This matter comes before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. #28) filed on August 27, 2012.  The Plaintiff seeks to proceed *in forma pauperis* in conjunction with her August 27, 2012 Notice of Appeal (Doc. #27) on appeal of this Court's June 26, 2012 Order (Doc. #25) and the June 27, 2012 Judgment (Doc. #26) affirming the decision of the Commissioner.  In support, Plaintiff *pro se* filed an Affidavit of Indigency (Doc. #29).  The Plaintiff did not seek IFP status upon the filing of her Complaint in this matter.

Upon review of the Motion and the Affidavit of Indigency, the Court finds that Plaintiff has not sufficiently demonstrated that she is indigent and may proceed *in forma pauperis* on appeal on that basis.  FED. R. APP. P. 24; 28 U.S.C. § 1915.  The Court notes that Plaintiff has assets upon which she could draw from in order to satisfy the filing fee on appeal.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. #28) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of August, 2012.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record

Cynthia Matthews Hamad, *pro se*